■ In the Matter of SAMUEL POMERANTZ et al., Appellants, v BARBARA BLUM, as Commissioner of the New York State Department of Social Services, et al., Respondents. — Determination of the respondent New York State Department of Social Services, dated January 29, 1982, confirmed, without costs or disbursements, and proceeding dismissed on the merits. (See *Schweiker v Gray Panthers,* 453 US 34.) Thompson, J. P., Weinstein, Rubin and Lawrence, JJ., concur.